UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | **CIVIL MINUTES - GENERAL** | | JS - 6 |
|---|---|---|---|
| Case No. | ED CV 11-257 CAS (DTBx) | Date | March 18, 2011 |
| Title | WELLS FARGO BANK, NA, ETC. v. MARTIN LOPEZ, ET AL. | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| N/A | N/A | |

**Proceedings:**   **(In Chambers):**
**ORDER DISSOLVING ORDER TO SHOW CAUSE AND REMANDING FOR LACK OF SUBJECT MATTER JURISDICTION**

On February 23, 2011, the Court issued an order to show cause for improper removal because 1) plaintiff's state court complaint for unlawful detainer did not allege a federal question under 28 U.S.C. § 1331, and 2) defendants' removal notice did not establish diversity jurisdiction under 28 U.S.C. § 1332.  Response to the order to show cause was required no later than March 3, 2011.  Defendants have not responded.

Remand may be ordered either for lack of subject matter jurisdiction or for any defect in removal procedure.  See 28 U.S.C. § 1447(c).  The Court strictly construes the removal statutes against removal jurisdiction, and jurisdiction must be rejected if there is any doubt as to the right of removal.  See Gaus v. Miles, Inc., 980 F.2d 564, 566 (9th Cir. 1992).  The party seeking removal bears the burden of establishing federal jurisdiction.  See Matheson v. Progressive Speciality Ins. Co., 319 F.3d 1089, 1090 (9th Cir. 2003).

It appears that defendants' removal is improper because there is no subject matter jurisdiction.  Without a showing that plaintiff invoked a federal claim, or that diversity exists between the parties and the threshold amount in controversy is met, the Court cannot exercise jurisdiction pursuant to 28 U.S.C. §§ 1331 or 1332.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**  JS - 6

| Case No. | ED CV 11-257 CAS (DTBx) | Date | March 18, 2011 |
|---|---|---|---|
| Title | WELLS FARGO BANK, NA, ETC. v. MARTIN LOPEZ, ET AL. | | |

Accordingly, the Court REMANDS the instant action to the Riverside County Superior Court.

IT IS SO ORDERED.

00 : 00

Initials of Preparer    VDR